CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 18 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| WILLIAM HOWARD PAYNE, ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00203 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| COL. RONALD MATHEWS, ) | By: Jackson L. Kiser |
| Defendant. ) | Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 42 U.S.C. §1997e(a), based on plaintiff's failure to exhaust administrative remedies before commencing this civil action, all other pending motions are hereby **DENIED as MOOT**, and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants, if known.

ENTER: This 18th day of April, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge